**Mary L. KLING, Plaintiff-Appellant,**

v.

**COUNTY OF LOS ANGELES, et al., Defendants-Appellees.**

No. 83–6193.

United States Court of Appeals, Ninth Circuit.

Feb. 20, 1986.

Stanley Fleishman, Marilyn Holle, Los Angeles, Cal., for plaintiff-appellant.

Joe Ben Hudgens, Los Angeles, Cal., for defendants-appellees.

Before FLETCHER and CANBY, Circuit Judges, and SOLOMON,* District Judge.

ORDER

Kling's counsel's request to file a supplemental brief is denied.

The within case is remanded to the district court for disposition pursuant to the order of the Supreme Court, —— U.S. ——, 106 S.Ct. 300, 88 L.Ed.2d 277 (1985) reversing the judgment of this court, 769 F.2d 532 (9th Cir.1985).

* The Honorable Gus J. Solomon, Senior United States District Judge for the District of Oregon,